UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CARL GEE,

                                *Plaintiff*,

        -against-

M.R. BROWN,

                               *Defendants*.

**STIPULATION AND ORDER OF DISCONTINUANCE PURSUANT TO RULE 41(A)**

9:17-CV-0009

(MAD)(ATB)

---

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, plaintiff Carl Gee, appearing *pro se*, and Eric T. Schneiderman, Attorney General of the State of New York, Omar J. Siddiqi, Assistant Attorney General, of counsel, appearing for defendant, parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure,

plaintiff hereby discontinues this action with prejudice and without damages, costs, interest or attorneys' fees.

Dated: March ___, 2018
February 26, 2018

[signature]
Carl Gee, 98-B-1658
Plaintiff *pro se*
Cape Vincent Correctional Facility
36560 NY-12E
Cape Vincent, New York 13618

March 1, 2018

ERIC T. SCHNEIDERMAN
Attorney General of the State of New York
Attorney for Defendants
The Capitol
Albany, New York 12224-0341

By: [signature]
Omar J. Siddiqi
Assistant Attorney General, of Counsel
Bar Roll No. 5195987
Telephone: (518) 776-2641
Email: Omar.Siddiqi@ag.ny.gov

Dated: Syracuse, New York
       March ___, 2016

SO ORDERED:

[signature]
Mae A. D'Agostino
U.S. District Judge

Dated: March 5, 2018

2